# Chapter 13 Plan

Case No.: _____

Debtor(s): Hugh A Stevens Jr     SSN#: XXX-XX-4249     Net Monthly Earnings:
Mildred R Stevens     SSN#: XXX-XX-0696     Number of Dependents: 4

**I. Plan Payments:**

(X) Debtor(s) propose to pay a periodic payment of $850 ( ) weekly ( )biweekly ( )semi-monthly ( )monthly into the plan; or

( ) Payroll deduction Order: To for $ ( )weekly ( )biweekly ( )semimonthly ( )monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $47,705

**II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:**

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULE AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| State of Alabama | Income taxes | $1,764.84 | $36.43 |

B. Total Attorney Fee: $2,500; 0.00 paid pre-petition; $2,000 to be paid at confirmation and $200 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 7% interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/ Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| | | ( ) by Trustee (X) by Debtor | | | | | |
| HomeEq Servicing | $193,542.00 | $1,418.00 | March 2010 | $28,317.54 | Thur April 2010 | N/A | $488.23 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposes Interest Rate | Proposed Fixed Payment | Fixed Payment to begin |
|---|---|---|---|---|---|---|---|---|
| Capital Asset Receivable | $50.00 | $5,653.28 | $5,653.28 | $0.00 | 1994 Chevrolet Pickup | 6% | $112.53 | After Confirmation |
| Skyland Auto Sale | $50.00 | $4,866.50 | $4,866.50 | $0.00 | 1998 GMC Yukon | 6% | $96.87 | After Confirmation |

**III.** Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

**IV. Special Provisions:**

(X) This is an original plan.
( ) This is an amended Plan replacing Plan dated:
(X) This plan proposes to pay unsecured creditors 0%
**Other Provisions:**

(1) Debtors propose to pay HomeEq Services over 58 months for the mortgage arrears. Debtors further propose to pay the current mortgage payment of $1,418.00 direct to said creditor beginning in April 2009.

(2) Debtors propose to pay all priority and secured creditors over 58 months.

Claude M. Burns Jr./Eric M. Wilson
2421 13th Street
Tuscaloosa, AL 35401
(205) 349-2737

2-4-2010
Date

2-4-10

Signature of Debtor